UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Carlos Lopez</u>

    v.                        Case No. 06-fp-305

<u>Sommersworth Police Department, et al.</u>


**<u>O R D E R</u>**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $68.77 is due no later than September 23, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by Fort Dix, FCI when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    This case has been assigned number 06-cv-305-PB.

    **SO ORDERED.**

                              <u>/s/ Paul Barbadoro</u>
                              Paul Barbadoro
                              United States District Judge

Date:  August 22, 2006

cc:  Carlos Lopez, pro se
     Bonnie S. Reed, Financial Administrator
     Fort Dix, FCI, Inmate Accounts