UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Carlos Lopez</u>

      v.                06-cv-305-PB

<u>Somersworth Police Department, et al.</u>


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 3, 2007.

SO ORDERED.


April 20 2007                      /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge


cc:    Counsel of Record