```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>**Carlos Lopez**</u>

    **v.**　　　　　　　　　　　　　　Case No. 06-cv-305-PB

<u>**Sommersworth Police**</u>
<u>**Department, et al.**</u>


### **O R D E R**

I grant defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 11) for the following reasons: (1) I previously rejected plaintiff's attempt to amend his complaint to assert additional federal claims; (2) plaintiff's existing complaint does not assert any federal claims; and (3) I agree with defendants that it is a legal certainty that plaintiff's damages do not meet the jurisdictional threshold for a diversity of citizenship claim.

    SO ORDERED.

```
                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge
```
May 1, 2007

cc:  Carlos Lopez, pro se
     Catherine Costanzo, Esq.